291

No. 54740.—Burroughs Wellcome & Co., Inc., et al. *v.* United States, protests 148191–K, etc. (New York).

Opinion by Cole, J. The protests were dismissed.

No. 54741.—M. W. Kellogg Research Lab. et al. *v.* United States, protests 148274–K, etc. (New York).

Opinion by Cole, J. The protests were dismissed.

No. 54742.—Cohn & Rosenberger, Inc., and Miller Harness Co. *v.* United States, protests 105162–K and 157680–K (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54743.—Foresta Factors et al. *v.* United States, protests 140585–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, October 10, 1950

No. 54744.—Olavarria & Co., Inc. *v.* United States, protests 111660–K, etc. (Tampa).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of sugar sirups similar in all material respects to those the subject of *United States* v. *Olavarria & Co., Inc.* (37 C. C. P. A. 40, C. A. D. 417), the claim of the plaintiff was sustained.

No. 54745.—Olavarria & Co., Inc. *v.* United States, protests 127243–K, etc. (Tampa).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of sugar sirups similar in all material respects to those the subject of *United States* v. *Olavarria & Co., Inc.* (37 C. C. P. A. 40, C. A. D. 417), the claim of the plaintiff was sustained.

No. 54746.—McKesson & Robbins, Inc. *v.* United States, protest 158611–K (New York).

Opinion by Johnson, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation of counsel and following the decision cited it was held that